# IN THE MATTER OF RICHARD PATTINSON

## 1807

### JOURNAL ENTRIES

1. Notice of motion . . . . . . . . . *Journal, infra,* *p. 89
2. Motion made; argument heard . . . . . . . . " 95
3. Motion made . . . . . . . . . . . . " 107
4. Affidavit filed . . . . . . . . . . . . " 108
5. Motion overruled . . . . . . . . . . . " 111
6. Opinion . . . . . . . . . . . . . . " 111
7. Copy of decision, etc., ordered transmitted . . . . . " 124

### PAPERS IN FILE

[None]